

CAM SERVICES   Common Area Maintenance Services   33490
RICHARD ROBBINS                                   7/3/2013
                                                  402.90

NEW OPERATING -                                   402.90

CAM SERVICES   Common Area Maintenance Services   33509
RICHARD ROBBINS              STARTED   7/10/2013
                             4/24/13              647.70

NEW OPERATING -                                   647.70

## Sequoia Golf, LLC
### Richard W. Robbins

**Check Date:** May 30, 2013
**Check Number:** 562786

| Emp Id | 14258 | Loc | 2011-40 | Period Begin | 05/10/13 | Net Pay | 170.68 |
|---|---|---|---|---|---|---|---|
| SSN (last 4) | 7364 | Hire Date | 05/21/13 | Period End | 05/23/13 | Dir Dep | |
| | | Status | A | Check Type | Reg | Net Check | 170.68 |

### Check Details

| Earnings | Hours | Rate | Dollars |
|---|---|---|---|
| Reg | 19.98 | 9.25 | 184.82 |
| | **19.98** | | **184.82** |

| Taxes | Taxable | | Dollars |
|---|---|---|---|
| CO | 184.82 | | 0.00 |
| FITW | 184.82 | | 0.00 |
| MED | 184.82 | | 2.68 |
| MED-HI | 184.82 | | 0.00 |
| SS | 184.82 | | 11.46 |
| | | | **14.14** |

### YTD Details

| Earnings | Hours | Amount |
|---|---|---|
| Reg | 19.98 | 184.82 |
| | | **184.82** |

| Taxes | Taxable | Amount |
|---|---|---|
| MED | 184.82 | 2.68 |
| SS | 184.82 | 11.46 |
| | | **14.14** |

### Labor Allocation

| Code | Hours | Rate | Dollars |
|---|---|---|---|
| 2011-40 | | | |
| 01Reg | 19.98 | 9.25 | 184.82 |
| | 19.98 | | 184.82 |

---

## Sequoia Golf, LLC
### Richard W. Robbins

**Check Date:** June 13, 2013
**Check Number:** 582370

| Emp Id | 14258 | Loc | 2011-40 | Period Begin | 05/24/13 | Net Pay | 618.29 |
|---|---|---|---|---|---|---|---|
| SSN (last 4) | 7364 | Hire Date | 05/21/13 | Period End | 06/06/13 | Dir Dep | |
| | | Status | A | Check Type | Reg | Net Check | 618.29 |

### Check Details

| Earnings | Hours | Rate | Dollars |
|---|---|---|---|
| Reg | 62.38 | 9.25 | 577.02 |
| OT | 9.38 | 13.88 | 130.15 |
| | **71.76** | | **707.17** |

| Taxes | Taxable | | Dollars |
|---|---|---|---|
| CO | 707.17 | | 11.00 |
| FITW | 707.17 | | 23.79 |
| MED | 707.17 | | 10.25 |
| MED-HI | 707.17 | | 0.00 |
| SS | 707.17 | | 43.84 |
| | | | **88.88** |

### YTD Details

| Earnings | Hours | Amount |
|---|---|---|
| Reg | 82.36 | 761.84 |
| OT | 9.38 | 130.15 |
| | | **891.99** |

| Taxes | Taxable | Amount |
|---|---|---|
| CO | 891.99 | 11.00 |
| FITW | 891.99 | 23.79 |
| MED | 891.99 | 12.93 |
| SS | 891.99 | 55.30 |
| | | **103.02** |

### Labor Allocation

| Code | Hours | Rate | Dollars |
|---|---|---|---|
| 2011-40 | | | |
| 01Reg | 62.38 | 9.25 | 577.02 |
| 02OT | 9.38 | 13.88 | 130.15 |
| | 71.76 | | 707.17 |